THE STATE OF OHIO, APPELLEE, *v.* GONEY, APPELLANT.

[Cite as *State v. Goney* (1995), 72 Ohio St.3d 314.]

(No. 94–2590—Submitted March 21, 1995—Decided June 14, 1995.)

*Mathias H. Heck, Jr.,* Montgomery County Prosecuting Attorney, and *Carley J. Ingram,* Assistant Prosecuting Attorney, for appellee.

*Thomas B. Goney, pro se.*

*Per Curiam.* We affirm the judgment of the court of appeals for the reasons stated in its opinion.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.